UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                Plaintiff,

– against –

HAMA NEW YORK INC. *d/b/a* SAKE BAR HAGI 46, SUSAN REBBAJ, and LOTFI REBBAJ,

                Defendants.

**ORDER**

21 Civ. 3218 (ER)

RAMOS, D.J.:

      Plaintiff Velasquez commenced this action by filing a complaint on April 13, 2021.  Doc. 1.  Defendant Hama New York answered the complaint on October 1, 2021.  Doc. 15.  Defendants Susan and Lotfi Rebbaj were served on August 6, 2021 with their answers due August 27, 2021.  Docs. 10-11.  The deadline for their answer has passed and there has been no further action to date.  Velasquez is therefore instructed to submit a status report by no later than January 12, 2022.  Failure to do so may result in a dismissal for failure to prosecute.

It is SO ORDERED.

Dated:   December 22, 2021
             New York, New York

                                                     EDGARDO RAMOS, U.S.D.J.